

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2020

No. 04-19-00753-CR

Paul **PESINA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-161-CRW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

    Appellant's pro se motion to dismiss counsel and represent himself is CARRIED WITH THE APPEAL.

_Irene Rios_
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court